# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 31 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. **07 MJ 2118** |
| ) | |
| V. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| RAMON ROCHA-ARCEO ) | Title 18, United States Code |
| ) | Sections 751(a) and 4082 |
| ) | Escape from Federal Custody |

The undersigned complainant, being duly sworn states:

That on or about August 30, 2007, at San Diego, California, in the Southern District of California, RAMON ROCHA-ARCEO did unlawfully and willfully escape from an institution and facility in which he was confined by direction of the Attorney General, to wit: CORRECTIONAL ALTERNATIVES INC. San Diego, California, a federally contracted facility, said custody and confinement being by virtue of his conviction for importation of a controlled substance, in violation of Title 21, United States Code, Sections 952 and 960; in violation of Title 18, United States Code, Sections 751(a) and 4082.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Steven Purinton
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 31st day of August, 2007.

_____
Honorable William McCurine Jr.
United States Magistrate Judge

## STATEMENT OF FACTS

**Southern District of California**
**San Diego, California**

On August 30, 2007, at 11:00 p.m., Ramon Rocha-Arceo was observed jumping the facility fence at Correctional Alternatives Inc. at 551 S. 35th Street San Diego, California 92113. Mr. Rocha-Arceo was given instructions by staff to stop and return to the premises. Mr. Rocha-Arceo ignored all instructions and proceeded to exit without permission.

On August 31, 2007 at 7:38 a.m. Community Corrections Center Staff member Ms. Monica Williams notified Community Corrections Manager Wes Mayhew and the U.S. Marshals Southern District of California that Mr. Rocha-Arceo had left without permission and that he is on escape status.

Dated: August 31, 2007

Steven Michael Purinton
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me
on this 31st day of August 2007.

Honorable William McCurine Jr.
United States Magistrate Judge