FILED
07 DEC -5 PM 3:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   '07 CR 3282 L

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Secs. 751(a) and 4082(a) – Escape |
| RAMON ROCHA-ARCEO, | |
| Defendant. | |

The grand jury charges:

On or about August 31, 2007, within the Southern District of California, defendant RAMON ROCHA-ARCEO did escape from an institution and facility in which he was confined by direction of the Attorney General, to wit, Correctional Alternatives, Inc., Community Corrections Center in San Diego, California, said custody and confinement being by virtue of a felony conviction of importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960; in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: December 5, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:fer:San Diego
12/4/07