FTD No. 1376773
98904-198

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>V.<br><br>RAMON ROCHA-ARCEO | Magistrate's Case No. **'07 MJ 2118** |
|---|---|

| WARRANT ISSUED ON THE BASIS OF:<br>__ Failure to Appear   __ Order of Court<br>__ Indictment         __ Information<br>X  Complaint | WARRANT FOR ARREST | **FILED**<br>SEP 16 2008<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
|---|---|---|

| TO:<br><br>ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER. | NAME AND ADDRESS OF PERSON ARRESTED:<br><br>RAMON ROCHA-ARCEO |
|---|---|

| DISTRICT OF ARREST: | CITY OF ARREST: |
|---|---|

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

| DESCRIPTION OF CHARGES | |
|---|---|
| Escape from Federal Custody | DATE 9/14/08<br>ARRESTED BY _Dustin Smith_<br><br>STEVEN C. STAFFORD<br>ACTING U.S. MARSHAL, S/CA<br>BY _____ |

RECEIVED 2007 SEP 14 A 11:43 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTIONS 751(a) and 4082 |
|---|---|---|
| BAIL   NO BAIL | OTHER CONDITIONS OF RELEASE | |

| ORDERED BY _[signature]_ | DATE ORDERED<br>8/31/2007 |
|---|---|
| CLERK OF COURT/U.S. MAGISTRATE    BY | DATE ISSUED |

### RETURN
THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

CLASS I 'A'

_Purinton_