127
FID No. 1376773
98904-198
5/28/1974

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Ramon Rocha-Arceo

WARRANT FOR ARREST

CASE NUMBER: 07cr3282-L

To: The United States Marshal
and any Authorized United States Officer

FILED
SEP 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

YOU ARE HEREBY COMMANDED to arrest   Ramon Rocha-Arceo
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:751 (a) and 4082 (a)

DATE 9/14/08
ARRESTED BY _____ Smidt & Remple
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

2007 DEC -6 A 11:09  U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA  RECEIVED

In violation of Title   See Above   United States Code, Section(s)

W. Samuel Hamrick, Jr.           Clerk of the Court
Name of Issuing Officer          Title of Issuing Officer

                                 12/5/2007 San Diego, CA
Signature of Deputy              Date and Location

Bail fixed at $ _____   by   The Honorable Ruben B. Brooks
                               Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I A   Purinton
(Escape)              Due 12/10