AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
RAMON ROCHA-ARCEO,
        Defendant.

**APPEARANCE**

Case Number: 07CR3282-MJL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RAMON ROCHA-ARCEO

I certify that I am admitted to practice in this court.

| 9/18/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |

| | Joseph McMullen / Federal Defenders of SD | 246757 |
| | Print Name | Bar Number |

225 Broadway, Suite 900
Address

San Diego, CA 92101
City     State     Zip Code

(619) 234-8467     (619) 687-2666
Phone Number     Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: September 18, 2008                    /s/ Joseph McMullen
                                                                JOSEPH McMULLEN
                                                                Federal Defenders of San Diego, Inc.
                                                                225 Broadway, Suite 900
                                                                San Diego, CA 92101-5030
                                                                (619) 234-8467  (tel)
                                                                (619) 687-2666  (fax)
                                                                e-mail: Joseph_McMullen@fd.org